AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Kent Hughes__
was received by me on *(date)* __10/15/14__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* __Samuel Gazelle, Father-in-law__, a person of suitable age and discretion who resides there,
on *(date)* __10/16/14 @ 7:34 pm__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* A copy was mailed via USPS Priority Mail on 10/20/14

My fees are $ __85.00__ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __10/25/14__

_____
Server's signature

Merrill Smallwood, Constable
Printed name and title

82 Blood St 153 Boston, MA
Server's address

Additional information regarding attempted service, etc: