AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 14 cv 8164

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Jake Karam
was received by me on *(date)*         10/14/2014            .

☐ I personally served the summons on the individual at *(place)*
                                                                      on *(date)*                        ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*  Justina Karam
, a person of suitable age and discretion who resides there,
on *(date)*      10/23/2014      , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                                          , who is
designated by law to accept service of process on behalf of *(name of organization)*
                                                                      on *(date)*                ; or

☐ I returned the summons unexecuted because                                                                 ; or

☐ Other *(specify)*:


My fees are $              for travel and $   78.54   for services, for a total of $    78.54    .

I declare under penalty of perjury that this information is true.

Date:   10/23/2014

*Server's signature*

MARCOS  GOMEZ , PROCESS SERVER
*Printed name and title*

220 - 5233  DUNDAS ST. W. ETOBICOKE, ON, CANADA
*Server's address*              M9B  6M1

Additional information regarding attempted service, etc: