AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 14 CV 8164

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    VLADIMIR SHUSHKOVSKY
was received by me on *(date)*  10/18/2014    .

☐ I personally served the summons on the individual at *(place)* _____
_____ on (date) _____ ; or

☒ I left the Summons, Notice of Motion to Vacate Arbitration Award, Declaration in Support of Petition to Vacate and for Discovery, Affidavit of Bryan Sexton in Support of Motion, Petition to Vacate, Electronic Case Filing Rules & Instructions, Rules of Honourable Lewis A. Kaplan, and Memorandum of Law in Support of Petitioner's Motion to Vacate Arbitration Award; at the individual's residence or usual place of abode with *(name)*  Lynn Shushkovsky  , a person of suitable age and discretion who resides there, on *(date)*  10/22/2014  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*, _____ who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ <u>unknown</u> for travel and $ <u>unknown</u> for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

SWORN BEFORE ME at         )
the City of Calgary           )
in the of Province of Alberta )
this 24th day of October A.D. 2024  )

*Server's signature*
Randy Milnes
*Printed name and title*

284 Abinger Crescent N.E.
Calgary, Alberta, Canada  T2A 6L3
403-207-56795

*Server's address*

Shirley Barbara Milnes
A Notary Public in and for the Province of Alberta
My Commission expires December 31, 2014

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

**14 CV 8164**

Bryan Sexton )
)
*Plaintiff* )
)
v. ) Civil Action No.
)
Jake Karam, Kent Hughes, Vladimir Shushkovsky ) **JUDGE KAPLAN**
and Ian Winter )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jake Karam, 2603 Bathurst St. Apt. 604, Ontario, CA M6B2Z6; Kent Hughes, 15 Stonemeadow Drive, Westwood, MA 02020; Vladimir Shushkovsky, 151 Chapala Pt., SE, Calgary, Alberta, CA T2X OB3; Ian Winter, 5065 Inverness Street, Vancouver, British Columbia, CA V5W 3N7

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Leslie Trager, 230 Park Ave. 10th floor, New York, NY 10169

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date:    10/10/2014

Signature of Clerk or Deputy Clerk