AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ian Winter__
was received by me on *(date)* __October 15, 2014__.

☒ I personally served the summons on the individual at *(place)* __5065 Inverness Street, Vancouver, BC, Canada__ on *(date)* __October 15, 2014__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ __0__ for travel and $ __95__ for services, for a total of $ __95.00__ ~~0.00~~.

I declare under penalty of perjury that this information is true.

Date: __October 21, 2014__

_____
Server's signature

__Terry Perkins, Process Server__
Printed name and title

__#2-1111 Austin Avenue, Coquitlam, BC, Canada__
Server's address

Additional information regarding attempted service, etc:

Catherine Coakley
lawyer
BTM LAWYERS LLP
530 - 130 Brew St.
Port Moody, BC  V3H 0E3
Tel: 604-937-1166  Fax: 604-937-5577