Judith A. Lockhart, Esq.
Michael H. Bauscher, Esq.
Carter Ledyard & Milburn LLP
Two Wall Street
New York, NY 10005
Telephone: (212) 732-3200
lockhart@clm.com
bauscher@clm.com
*Attorneys for Respondents*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN SEXTON,<br><br>                              Petitioner,<br><br>       v.<br><br>JAKE KARAM, KENT HUGHES, VLADIMIR SHUSHKOVSKY, and IAN WINTER,<br><br>                              Respondents. | Case No. 14-cv-8164 (LAK)<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel in the above-captioned action for Respondents, Jake Karam, Kent Hughes, Vladimir Shushkovsky and Ian Winter. I certify that I am admitted to practice before this Court.

Dated:  October 29, 2014
           New York, New York

                                                  CARTER LEDYARD & MILBURN LLP
                                                  By:   /s/ Michael H. Bauscher
                                                  Michael H. Bauscher, Esq.
                                                  2 Wall Street
                                                  New York, New York 10005
                                                  Tel: (212) 732-3200
                                                  bauscher@clm.com
                                                  *Attorneys for Respondents, Jake Karam,*
                                                  *Kent Hughes, Vladimir Shushkovsky, and*
                                                  *Ian Winter*

To: Leslie Trager, Esq. (Attorney for Petitioner) (via ECF)