Kaplan, J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN SEXTON,

                Petitioner,

v.

JAKE KARAM, KENT HUGHES, VLADIMIR SHUSHKOVSKY, and IAN WINTER

                Respondents.

Case No. 14-cv-8164 (LAK)

ECF CASE

**STIPULATION**

    **WHEREAS,** Petitioner has served and filed a Notice of Motion to Vacate Arbitration Award, dated October 10, 2014 (the "Motion to Vacate");

    **WHEREAS,** Respondent Ian Winter's deadline to respond to the Motion to Vacate is currently November 5, 2014; Respondent Kent Hughes's deadline to respond to the Motion to Vacate is currently November 6, 2014; Respondent Vladimir Shushkovsky's deadline to respond to the Motion to Vacate is currently November 12, 2014; and Respondent Jake Karam's deadline to respond to the Motion to Vacate is currently November 13, 2014;

    **WHEREAS,** all parties have agreed to extend the time for the Respondents to respond to the Motion to Vacate, and to the briefing schedule set forth below;

    **WHEREAS,** this is the parties' first request for an extension of time to respond to the Motion to Vacate and this request is made with the consent of all parties;

    **IT IS HEREBY STIPULATED AND AGREED** between the undersigned counsel for Respondents and Petitioner that the deadline for all Respondents to serve and file their response to the Motion to Vacate, including serving and filing any cross-motions, is hereby extended to November 21, 2014;

    **IT IS FURTHER STIPULATED AND AGREED** that the deadline for Petitioner to serve and file his response to Respondents' opposition to the Motion to Vacate, including Petitioner's opposition to any cross-motions served and filed by Respondents, is hereby extended to December 9, 2014.

**IT IS FURTHER STIPULATED AND AGREED** that the deadline for Respondents to serve and file reply papers to Petitioner's opposition to any cross-motion served and filed by Respondents is hereby extended to December 19, 2014.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with email, PDF or facsimile signatures treated as originals.

Dated: New York, New York
       October 29, 2014

CARTER LEDYARD & MILBURN LLP

By: _____
    Judith A. Lockhart, Esq.
    Michael H. Bauscher, Esq.
Two Wall Street
New York, New York 10005
Tel.: (212) 732-3200
Lockhart@clm.com
Bauscher@clm.com
*Attorneys for Respondents Jake Karam, Kent Hughes, Vladimir Shushkovsky, and Ian Winter*

LESLIE TRAGER, ESQ.

By: _____
    Leslie Trager, Esq.

230 Park Avenue
10th Floor
New York, NY 10169
Tel.: (212) 721-1192
tragerlaw@gmail.com
*Attorney for Petitioner Bryan Sexton*

**SO ORDERED**

_____ 10/30/14

LAURA TAYLOR SWAIN, U.S.D.J
               Part I