**Exhibit C**

| | | | 05-Jun-2014 | $3,616.10 |
|---|---|---|---|---|
| | | | 50-20-1100-0408-1-CP | |

**AMERICAN ARBITRATION ASSOCIATION®** | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

120 Broadway, 21st Floor
New York, NY 10271
Telephone:(212)484-3266
Fax:(212)307-4387

Payment is due upon Receipt

# Summary Statement

Brian Sexton
3827 Albacete Circle
Punta Gorda, Florida 33950

Representing: Bryan Sexton
Re: Bryan Sexton
Vs.
CC Capital, Inc.
Red Star Poker and Jake Karam
Vladimir Shushkovsky
Vs.
Kent Hughes
Vs.
Ian Winter

Please detach and return with Payment to Above Address

Please Indicate Case No. on Check

---



**AMERICAN ARBITRATION ASSOCIATION®** | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

120 Broadway, 21st Floor
New York, NY 10271
Telephone:(212)484-3266
Fax:(212)307-4387

Brian Sexton
3827 Albacete Circle
Punta Gorda, Florida 33950

Representing: Bryan Sexton
Re: Bryan Sexton
Vs.
CC Capital, Inc.
Red Star Poker and Jake Karam
Vladimir Shushkovsky
Vs.
Kent Hughes
Vs.
Ian Winter

| Statement Date | Case # | Previous Balance | Credits | New Charges | Statement Balance |
|---|---|---|---|---|---|
| 05-Jun-2014 | 50-20-1100-0408 | $226.10 | $0.00 | $3,390.00 | $3,616.10 |

| Date | Ref # | Description | Amount | Credits | Balance | Due Date |
|---|---|---|---|---|---|---|
| 16-May-2014 | 11020707 | Fee for Increased Claim | $3,390.00 | $0.00 | $3,390.00 | 16-May-2014 |
| 28-Mar-2014 | 10622098 | Opposing Party's Share of Winter and Hughes for the Neutral Panel Compensation Deposit covering 70 hours of Study | $32,743.09 | $32,743.09 | $0.00 | |
| 02-Mar-2012 | 10294783 | Opposing Party's Share of the Neutral Compensation Deposit covering 8 hours of Preliminary Matters | $7,880.00 | $7,880.00 | $0.00 | |
| 18-Sep-2012 | 10376729 | Opposing Parties' (CC Capital et al and Kent Hughes) Shares of the Panel's Compensation Deposit covering 50 hours of Arbitration | $50,000.00 | $50,000.00 | $0.00 | |
| 02-Nov-2012 | 10396480 | Final Fee | $4,000.00 | $3,973.90 | $26.10 | 02-Nov-2012 |
| 10-Aug-2012 | 10362052 | Your 25% Share of the Panel's Compensation Deposit covering 50 hours of Arbitration | $25,000.00 | $25,000.00 | $0.00 | |
| 20-Aug-2012 | 10365176 | Your share of the arbitrator expense deposit | $2.50 | $2.50 | $0.00 | |
| 16-Feb-2012 | 10288687 | Your Share of the Panel's Compensation Deposit covering 8 hours of Preliminary Matters | $3,940.00 | $3,940.00 | $0.00 | |
| 20-Nov-2013 | 10568843 | Opposing Party Hughes' Share of the Neutral Compensation Deposit covering 80 hours of Study | $10,000.00 | $10,000.00 | $0.00 | |
| 21-Feb-2013 | 10443844 | Your and Respondent Hughes | $37,500.00 | $37,500.00 | $0.00 | |



| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 05-Jun-2014 | | | $3,616.10 |
| | | | 50-20-1100-0408-1-CP | | | |

Payment is due upon Receipt

| Date | Ref # | Description | Amount | Credits | Balance | Due Date |
|---|---|---|---|---|---|---|
| | | Share of Compensation Incurred beyond Deposits Billed covering 38 hours of Study | | | | |
| 01-Dec-2011 | 10253995 | Fee for Increased Claim | $2,000.00 | $2,000.00 | $0.00 | |
| 24-Jun-2011 | 10174061 | Initial Administrative Fee | $8,200.00 | $8,200.00 | $0.00 | |
| 15-Feb-2013 | 10441989 | Your share of the arbitrator expense deposit | $150.00 | $150.00 | $0.00 | |
| 19-Dec-2012 | 10419244 | Your share of the arbitrator expense deposit | $75.00 | $75.00 | $0.00 | |
| 21-Nov-2013 | 10569572 | Your share of the arbitrator expense deposit | $100.00 | $0.00 | $100.00 | 21-Nov-2013 |
| 20-Dec-2013 | 10581788 | Your share of the arbitrator expense deposit | $100.00 | $0.00 | $100.00 | 20-Dec-2013 |
| 10-Aug-2012 | 10362056 | Opposing Party's (Ian Winter) Share of the Panel's Compensation Deposit covering 50 hours of Study | $25,000.00 | $25,000.00 | $0.00 | |
| 06-Mar-2014 | 10612161 | Your Share of Panel's Compensation Incurred beyond Deposits Billed covering 70 hours of Study | $13,750.00 | $13,750.00 | $0.00 | |
| 23-Jul-2012 | 10353807 | Your share of the arbitrator expense deposit | $23.60 | $23.60 | $0.00 | |

**Remarks** For any inquiries please call: (212)484-4151

Please mail check to  120 Broadway, 21st Floor
New York, NY 10271
Telephone:(212)484-3266
Fax:(212)307-4387

| Statement Balance | Balance Currently Due |
|---|---|
| $3,616.10 | $3,616.10 |

Please Indicate Case No. on check

![AAA Logo] **American Arbitration Association**
*Dispute Resolution Services Worldwide*

## INFORMATION ON COMMON CHARGES

*Your American Arbitration Association (AAA) invoice may contain a number of different charges. The following are brief descriptions of the most common charges. Please note that all of these charges will not necessarily be incurred on every case. A complete explanation of each charge can be found in the fee schedule of the rules applicable to your proceeding.*

- **Initial Administrative Fee / Administrative Fee for Counterclaim:** *This administrative fee is calculated on the amount of the claim or counterclaim. The filing fee must be paid in full at the time of filing in order for a claim or counterclaim to be considered properly filed. This fee is not applied toward arbitrator compensation. A portion of this fee may be refundable – please refer to the refund schedule of the applicable rules.*

- **Fee for Increased Claim:** *If you increase your claim or counterclaim amount, you may be charged an additional fee based on the new total claim amount. Until payment of this fee is made, the increased claim is not considered properly filed.*

- **Case Service Fee:** *This administrative fee is charged to parties who have filed claims or counterclaims and is due prior to the first hearing. This fee is not applied toward arbitrator compensation. This fee will be refunded at the conclusion of the case if no hearings have occurred. However, if the Association is not notified of cancellation at least 24 hours before the time of the scheduled hearing, the case service fee will remain due and will not be refunded.*

- **Room Rental Fee:** *Parties are charged a daily room rental fee for use of hearing rooms in AAA offices. You may contact your case manager for a listing of current room rental rates.*

- **Arbitrator (or Mediator) Compensation\*:** *This fee is charged in accordance with the rates of compensation indicated on the neutral's panel biography. A neutral may charge for both hearing and study time, either on a daily or hourly rate. "Study time" may include conference calls, reviewing documents, drafting orders, and writing the award. "Hearing time" includes actual time spent in the arbitration hearing or mediation conference. This is usually billed as a deposit after consultation with the neutral. Any unused portions are returned at the conclusion of the case, subject to apportionment by the arbitrator in the final award. Additionally, parties may be billed neutral compensation to cover the cancellation of hearings as indicated on the neutral's resume.*

- **Arbitrator (or Mediator) Expense:** *Expenses are charged based on the arbitrator's anticipated reimbursable expenses, such as mileage, parking, tolls, and lunch. A neutral may only charge for reasonable expenses, and must submit appropriate receipts in order to receive reimbursement. Like neutral compensation, expenses are usually billed as a deposit after consultation with the neutral. Any unused portions are returned at the conclusion of the case, subject to apportionment by the arbitrator in the final award.*

## FREQUENTLY ASKED QUESTIONS

- **What if I am unable to pay?** *If you cannot pay due to financial hardship, the AAA may waive, defer, or reduce its fees. In addition, we have neutrals who may serve at reduced rates or for free. To learn more about obtaining a financial hardship waiver, deferral, or reduction visit our website at www.adr.org, or contact your case manager.*

- **What happens if deposits from either party remain outstanding?** *In the event that a party has not paid its invoice, the Association may so inform the other parties in order that one of them may advance the required payment. If requested deposits are not made, the arbitrator will be notified and may order the suspension or termination of the proceedings. Please refer to the rules that apply to your proceeding for additional information.*

- **How can I pay?** *Parties may pay their invoices via check, credit card, or wire transfer. Please include the top portion of your invoice with your method of payment and forward payments directly to your case manager. Should you have any questions regarding payment, please contact the case manager assigned to your case.*

> \* *Under some of the AAA's rules the arbitrator serves at a standardized daily rate, regardless of the compensation rate stated on the panel biography.*