**Exhibit E**

# Leslie Trager

| | |
|---|---|
| **From:** | Carmen Preda <PredaC@adr.org> |
| **Sent:** | Monday, July 28, 2014 2:29 PM |
| **To:** | tragerlaw@gmail.com; bhgn1953@aol.com |
| **Subject:** | RE: Karam ats Sexton / Arbitration no. 50 148 T 00408 11 |
| **Attachments:** | Statement and Invoice Sexton.pdf |

Dear Counsel and Mr. Sexton,

Please find attached Statement and Invoice that is due upon request. Thank you.



**Carmen Preda**
**International Case Counsel**
American Arbitration Association
International Centre for Dispute Resolution
120 Broadway, 21st Floor
New York, NY 10271
www.icdr.org
T:+1 212 484 4151
F:+1 212 246 7274

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.



| | |
|---|---|
| Statement Date | Amount Due |
| 28-Jul-14 | $5,390.00 |
| Case # | |
| 50-20-1100-0408-1-CP | |

Payment is due upon Receipt

# Detail Statement

Brian Sexton
3827 Albacete Circle
Punta Gorda, Florida 33950

Representing: Bryan Sexton
Re: Bryan Sexton
Vs.
CC Capital, Inc.
Red Star Poker and Jake Karam
Vladimir Shushkovsky
Vs.
Kent Hughes
Vs.
Ian Winter

**Please detach and return with Payment to Above Address**          **Please Indicate Case No. on Check**

---



INTERNATIONAL CENTRE
FOR DISPUTE RESOLUTION®

120 Broadway, 21st Floor
New York, NY 10271
Telephone:(212)484-4181
Fax:(212)246-7274

Brian Sexton
3827 Albacete Circle
Punta Gorda, Florida 33950

Representing: Bryan Sexton
Re: Bryan Sexton
Vs.
CC Capital, Inc.
Red Star Poker and Jake Karam
Vladimir Shushkovsky
Vs.
Kent Hughes
Vs.
Ian Winter

| Statement Date | Case # | Previous Balance | Credits | New Charges | Statement Balance |
|---|---|---|---|---|---|
| 28-Jul-14 | 50-20-1100-0408 | $3,616.10 | $226.84 | $2,000.74 | $5,390.00 |

| Date | Ref # | Description | Amount | Credits | Balance | Due Date |
|---|---|---|---|---|---|---|
| 21-Jul-2014 | 11048361 | End of case adjustment | $0.74 | | $0.00 | |
| | | Allocation | | $0.74 | | |
| 22-Jul-2014 | 11048758 | Final Fee due at case closing for services incurred | $2,000.00 | | $0.00 | |
| | | Allocation | | $2,000.00 | | |
| 16-May-2014 | 11020707 | Fee for Increased Claim | $3,390.00 | | $3,390.00 | 16-May-2014 |
| | | Allocation | | $3,390.00 | | |
| | | Refund | | -$3,390.00 | | |
| 28-Mar-2014 | 10622098 | Opposing Party's Share of Winter and Hughes for the Neutral Panel Compensation Deposit covering 70 hours of Study | $32,743.09 | | $0.00 | |
| | | Cancel | | $32,743.09 | | |



**AMERICAN ARBITRATION ASSOCIATION**
INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

120 Broadway, 21st Floor
New York, NY 10271
Telephone:(212)484-4181
Fax:(212)246-7274

| Statement Date | Amount Due |
|---|---|
| 28-Jul-14 | $5,390.00 |
| Case # | |
| 50-20-1100-0408-1-CP | |

Payment is due upon Receipt

| Date | Ref # | Description | Amount | Credits | Balance | Due Date |
|---|---|---|---|---|---|---|
| 02-Mar-2012 | 10294783 | Opposing Party's Share of the Neutral Compensation Deposit covering 8 hours of Preliminary Matters | $7,880.00 | | $0.00 | |
| | | Allocation | | $7,880.00 | | |
| 18-Sep-2012 | 10376729 | Opposing Parties' (CC Capital et al and Kent Hughes) Shares of the Panel's Compensation Deposit covering 50 hours of Arbitration | $50,000.00 | | $0.00 | |
| | | Allocation | | $49,895.22 | | |
| | | Cancel | | $104.78 | | |
| 02-Nov-2012 | 10396480 | Final Fee | $4,000.00 | | $0.00 | |
| | | Allocation | | $4,000.00 | | |
| 10-Aug-2012 | 10362052 | Your 25% Share of the Panel's Compensation Deposit covering 50 hours of Arbitration | $25,000.00 | | $0.00 | |
| | | Allocation | | $25,000.00 | | |
| 20-Aug-2012 | 10365176 | Your share of the arbitrator expense deposit | $2.50 | | $0.00 | |
| | | Allocation | | $1.76 | | |
| | | Cancel | | $0.74 | | |
| 16-Feb-2012 | 10288687 | Your Share of the Panel's Compensation Deposit covering 8 hours of Preliminary Matters | $3,940.00 | | $0.00 | |
| | | Allocation | | $3,940.00 | | |
| 20-Nov-2013 | 10568843 | Opposing Party Hughes' Share of the Neutral Compensation Deposit covering 80 hours of Study | $10,000.00 | | $0.00 | |
| | | Cancel | | $10,000.00 | | |
| 21-Feb-2013 | 10443844 | Your and Respondent Hughes Share of Compensation Incurred beyond Deposits Billed covering 38 hours of Study | $37,500.00 | | $0.00 | |
| | | Cancel | | $37,500.00 | | |
| 01-Dec-2011 | 10253995 | Fee for Increased Claim | $2,000.00 | | $2,000.00 | 01-Dec-2011 |
| 24-Jun-2011 | 10174061 | Initial Administrative Fee | $8,200.00 | | $0.00 | |
| | | Allocation | | $8,200.00 | | |
| 15-Feb-2013 | 10441989 | Your share of the arbitrator expense deposit | $150.00 | | $0.00 | |
| | | Allocation | | $104.78 | | |



**AMERICAN ARBITRATION ASSOCIATION** | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

120 Broadway, 21st Floor
New York, NY 10271
Telephone:(212)484-4181
Fax:(212)246-7274

| Statement Date | Amount Due |
|---|---|
| 28-Jul-14 | $5,390.00 |
| Case # | |
| 50-20-1100-0408-1-CP | |

Payment is due upon Receipt

| Date | Ref # | Description | Amount | Credits | Balance | Due Date |
|---|---|---|---|---|---|---|
| | | Cancel | | $45.22 | | |
| 19-Dec-2012 | 10419244 | Your share of the arbitrator expense deposit | $75.00 | | $0.00 | |
| | | Cancel | | $75.00 | | |
| 21-Nov-2013 | 10569572 | Your share of the arbitrator expense deposit | $100.00 | | $0.00 | |
| | | Allocation | | $100.00 | | |
| 20-Dec-2013 | 10581788 | Your share of the arbitrator expense deposit | $100.00 | | $0.00 | |
| | | Allocation | | $100.00 | | |
| 10-Aug-2012 | 10362056 | Opposing Party's (Ian Winter) Share of the Panel's Compensation Deposit covering 50 hours of Study | $25,000.00 | | $0.00 | |
| | | Allocation | | $25,000.00 | | |
| 06-Mar-2014 | 10612161 | Your Share of Panel's Compensation Incurred beyond Deposits Billed covering 70 hours of Study | $13,750.00 | | $0.00 | |
| | | Allocation | | $9,200.00 | | |
| | | Cancel | | $4,550.00 | | |
| 23-Jul-2012 | 10353807 | Your share of the arbitrator expense deposit | $23.60 | | $0.00 | |
| | | Allocation | | $23.60 | | |

**Remarks** For any inquiries please call: (212)484-4151

Please mail check to   120 Broadway, 21st Floor
New York, NY 10271
Telephone:(212)484-4181
Fax:(212)246-7274

| Statement Balance | Balance Currently Due |
|---|---|
| $5,390.00 | $5,390.00 |

Please Indicate Case No. on check