UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BRYAN SEXTON,

                    Petitioner,

        -against-                                         14-cv-8164 (LAK)

JAKE KARAM, et al.,

                    Respondents.
------------------------------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

        For reasons stated on the record in open court:

        1.        Petitioner's motion to vacate the arbitration award [DI 3] is denied in all respects.

        2.        Respondents' cross motion to confirm the arbitration award and for sanctions [DI 22] is granted to the extent that the arbitration award is confirmed in all respects, and respondents shall have judgment to that effect. Insofar as the motion sought sanctions, it is denied without prejudice to renewal as follows:

        (a)        If no timely appeal is taken from the judgment confirming the award, respondents may move for sanctions provided the motion is made within 91 days of the entry of the judgment.

        (b)        If a timely appeal is taken from the judgment confirming the award, respondents may move for sanctions provided the motion is made within 30 days of the entry on the docket of this Court of the mandate of the Court of Appeals disposing of that appeal.

        3.        This order and the judgment contemplated hereby resolves all of the claims asserted by petitioner against respondents and *vice versa*. Nothing remains for resolution except any motion for sanctions that may be made pursuant to paragraph 2. Accordingly, there is no just reason for delay and the judgment contemplated by paragraph 2 shall be final.

        SO ORDERED.

Dated:        January 23, 2015

                                                                 Lewis A. Kaplan
                                                           United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/15