UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BRYAN SEXTON,

                Petitioner,

     -against-                           14-cv-8164 (LAK)

JAKE KARAM, KENT HUGHES, VLADIMIR
SHUSHKOVSKY and IAN WINTER,

                Respondents.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/15

**FINAL JUDGMENT**

LEWIS A. KAPLAN, *District Judge.*

     It is hereby

     **ORDERED, ADJUDGED AND DECREED** as follows:

     1.     The Final Award, dated July 28, 2014, issued in *In the Matter of the Arbitration between Bryan Sexton, Claimant, v. Jake Karam, Kent Hughes, Vladimir Shushkovsky, Ian Winter, CC Capital, Inc., and "Red Star Poker," Respondents* (the "Arbitration") is hereby confirmed.

     2.     The term "Respondents," as used herein, includes Arbitration respondents CC Capital, Inc. and Red Star Poker.

     3.     Respondent Winter shall recover of petitioner Sexton the aggregate sum of $250,897.84 (representing $146,296.88 for attorneys' fees and costs and other out-of-pocket costs plus $95,652.16 in respect of administrative fees and expenses of the International Centre for Dispute Resolution ["ICDR"] and the compensation and expenses of the Tribunal, in each case together with simple interest at the rate of 9 percent per annum from the 30th day after the date of the Final Award to the date of this Judgment).

     4.     Respondent Hughes shall recover of petitioner Sexton the aggregate sum of $142,757.07 (representing $41,998.49 for attorneys' fees and costs and other out-of-pocket costs plus $95,666.85 in respect of administrative fees and expenses of the ICDR and the compensation and expenses of the Tribunal, in each case together with simple interest at the rate of 9 percent per annum from the 30th day after the date of the Final Award to the date of this Judgment).

2

5.      Respondents Karam, Shushkovsy, CC Capital, Inc. and Red Star Poker shall recover of petitioner Sexton the aggregate sum of $431,775.38 (representing $320,629.64 for attorneys' fees and costs and other out-of-pocket costs  plus $95,745.56 in respect of administrative fees and expenses of the ICDR and the compensation and expenses of the Tribunal, in each case together with simple interest at the rate of 9 percent per annum from the 30th day after the date of the Final Award to the date of this Judgment).

6.      In addition to the foregoing, Respondents shall recover simple interest at the rate of 9 percent per annum on any sums that remain unpaid from the date of this judgment until such sums are paid in full.

7.      Respondents' request for a finding that counsel for Claimant be personally responsible for some portion of the claimed fees and costs is denied.

8.      There is no just reason for delay.  Accordingly, this Judgment is final.

Dated:  January 23, 2015

_____
Lewis A. Kaplan
United States District Judge